Case 3:23-cv-00059   Document 26   Filed on 10/03/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

No. 3:23-cv-59

CLIFFORD FAIRFAX, TDCJ #00418151, PETITIONER,

v.

ERIC GUERRERO, RESPONDENT.

## ORDER OF DISMISSAL

Clifford Fairfax filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, while in custody of the Texas Department of Criminal Justice (TDCJ). Dkt. 1. Representing himself, Fairfax sought relief in connection with the revocation of his parole in May 2022. On September 30, 2025, the court was notified of Fairfax's death.[1] Dkt. 25.

The Fifth Circuit has held that a habeas petitioner's "death moots his federal habeas corpus claim," and has remanded pending habeas cases with directions to dismiss the petitions as moot after a petitioner's death. *Soffar v. Davis*, 653 F. App'x 813, 814 (5th Cir. 2016); *see also Ellis v. King*, 792 F. App'x 335, 335-36 (5th Cir. 2020) (per curiam); *Knapp v. Baker*, 509 F.2d 922, 922 (5th Cir. 1975). Under

---

[1] A copy of the death certificate indicates that Fairfax died on July 11, 2025.

these circumstances, Fairfax's § 2254 petition is rendered moot.

Accordingly, it is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** as **MOOT**.

Signed on Galveston Island this  3rd  day of  October , 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE